```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION


MAURICIO ARGUETA,              :

     Petitioner,               :

v.                             :
                                   CIVIL ACTION 06-0769-BH-M
ALBERTO GONZALES,              :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,       :

     Respondents.              :
```

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** as **MOOT** and that this action be **DISMISSED**.

**DONE** this 30th day of May, 2007.

                                                  s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE